## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | Crim. No. **19-416 PJM** |
| **VICTOR DEMATTIA,** | * | |
| | * | |
| Defendant. | * | |

## ORDER

Upon consideration of Defendant's Emergency Motion for Compassionate Release (ECF No. 30) and the Government's Response in Opposition (ECF No. 32), it is, this ___ day of June 2021,

**ORDERED**

1. The Motion for Compassionate Release is **DENIED AS MOOT**.

2. The accompanying Motions to Seal (ECF Nos. 29, 31) are **GRANTED**.

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**